IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 11-00293-01-CR-W-HFS |
| FLOYD A. EVANS, | ) | |
| Defendant. | ) | |

**ORDER**

Defendant seeks suppression of evidence where the discovery of a firearm from a concealed place (under bedding) occurred without a search warrant, but allegedly incident to execution of a an arrest warrant. For reasons stated in the report and recommendation (Doc. 46), I DENY the motion. (Doc. 32).

There is no pertinent legal issue. The question is whether the discovery was factually incident to a search for defendant to arrest him. There are cases in which uncovering a firearm hidden under a mattress has resulted in aa successful motion to suppress. Whether the the scene suggested a possible hiding place, as in United States v. Parker, 412 F.3d 1000 (8th Cir. 2005), depends on the credibility of law enforcement witnesses. Judge Hays accepted their testimony. While I recognize that the testimony was of debatable credibility and should be viewed with some grains of salt, given the motivation of the police officers to obtain a conviction and avoid being criticized for mishandling an arrest, the magistrate judge was better able to resolve the question than I am.[1] I accept the credibility finding and adopt the report and recommendation.

/s/ Howard F. Sachs
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

January 28, 2013

Kansas City, Missouri

---

[1] Kicking the heavily covered mattress does support a search for persons rather than contraband.